IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **BOBBY L. SANFORD, JR.,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 7:11-cv-03544-RDP-RRA |
| | ) |
| **TUSCALOOSA COUNTY JAIL, et al.,** | ) |
| | ) |
|    **Defendants.** | ) |

## ORDER

The Magistrate Judge filed a Report and Recommendation on June 12, 2012, recommending that Plaintiff's Fourteenth Amendment medical care claims against the Tuscaloosa County Jail, Sheriff Ted Sexton, Chief Bailey, and Lieutenant Jackson be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted.  (Doc. 12.)  The Magistrate Judge further recommended that Plaintiff's Fourteenth Amendment medical care claims against Dr. Phillip Bobo be referred to the Magistrate Judge for further proceedings. *Id*.  No objections have been filed.

   Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the Magistrate Judge's Report is due to be and is hereby **ADOPTED** and the Magistrate

Judge's Recommendation is **ACCEPTED**. It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that all of Plaintiff's claims in this action except his Fourteenth Amendment medical care claims against Dr. Phillip Bobo are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1). It is further **ORDERED** that Plaintiff's Fourteenth Amendment medical care claims against Dr. Phillip Bobo are **REFERRED** to the Magistrate Judge for further proceedings.

    **DONE** and **ORDERED** this \_\_\_\_5th\_\_\_\_ day of July, 2012.

    _____
    **R. DAVID PROCTOR**
    UNITED STATES DISTRICT JUDGE