# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **BOBBY L. SANFORD, JR.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 7:11-CV-03544-RDP-JHE |
| ) | |
| **TUSCALOOSA COUNTY JAIL, et al.** ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OF OPINION

The Magistrate Judge filed a Report and Recommendation on January 13, 2014, recommending that Plaintiff's remaining Eighth Amendment medical claims in this action be dismissed without prejudice for failure to exhaust administrative remedies. No objections were filed by either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the Magistrate Judge's Report is due to be and hereby is **ADOPTED** and the Recommendation **ACCEPTED**. Accordingly, Plaintiff's remaining Eighth Amendment medical claims will be dismissed without prejudice. A separate order will be entered.

**DONE** and **ORDERED** this ___3rd___ day of February, 2014.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE